FILED 7 OCT '19 1053 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

KEVIN NESBIT (Pro se)

                        Plaintiff.

V.

Jason Tuck, (DBA) Happy Valley , OR
City Manager. Steve Campbell (DBA)
Director of Public Safety for the City of
Happy Valley, OR

                        Defendant.

Case No. 3:19-CV-01611 HZ

COMPLAINT
Violation of Due Process

Not Subject to Mandatory
Arbitration. Claim Over $10,000
Amount Claimed
$2.501,580.00

Claim not subject to Mandatory arbitration

---

On or about June 07, 2018 Happy Valley Municipal Court inaccurately mailed a court notification to

the Plaintiff Kevin Nesbit at the wrong address. As a result of Happy Valley Municipal courts error. The

Plaintiff Kevin Nesbit missed his court date and was found guilty of Driving a Motor Vehicle While Using

Mobile Electronic Device in which defies the laws of physics and had to pay $1015.00 to prevent his license

from being suspended. The Plaintiff Kevin Nesbit requested a reconsideration from the courts but it was

denied. The Plaintiff requested help from the City manager and named defendant Jason Tuck and Steve

Campbell. Both refused to accept the fact that there office made a mistake and went so far as to say "Our

mailing system is perfect". This is a clear violation of Due Process, Fraud and deliberate abuse of authority,

Power and position.

WHEREFORE The plaintiff Kevin Nesbit Has suffered economic damages and prays for a judgment

in the amount of $1,015.00 in Traffic citation fees $265.00 filing fee 5% increase in Ins coverage est $300 a

year and punitive and monetary damages in the amount of $2.500,000.

October 02 , 2019

Kevin Nesbit (Pro se)

Page1.                        COMPLAINT